UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

ACTION NO: 17-CR-26-GFVT                                    ELECTRONICALLY FILED

UNITED STATES                                                              PLAINTIFF

VS.

KIMBERLY WELLS                                                           DEFENDANT

MOTION TO CONTINUE
TELEPHONIC CONFERENCE

**********

Comes now Counsel for Defendant, Kimberly Wells, and hereby requests that this Court continue the telephonic conference set for February 6, 2018. As grounds for her Motion, counsel states as follows:

While counsel was not sure if the Order applied to all counsel of record, in an abundance of caution, Counsel filed this motion. Counsel is presently in trial in federal court in Lexington. Said trial began today, and it is expected to go through February 6, 2018 and possibly into February 7, 2018. As such, counsel cannot be available for the telephonic conference.

**WHEREFORE**, Counsel for Ms. Wells would respectfully request that this Court continue the telephonic conference until at least February 8, 2018 for the reason above stated.

## NOTICE

Please take Notice that the foregoing shall come for hearing at the convenience of the Court.

        Respectfully Submitted,

        OELTGEN & D'AMBRUOSO, PLLC
        120 North Mill Street, Suite 300
        Lexington, KY 40507
        (859) 523-1606


        BY: /s/RACHEL D. YAVELAK

## CERTIFICATE OF SERVICE

I do hereby certify that I filed the foregoing notice with the Clerk of Court on the 4th day of February 2018 using the CM/ECF system which will send electronic notice of same to the Hon. Sam Dotson and all counsel of record.

        /s/ Rachel D. Yavelak