UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

ACTION NO: 17-CR-00026-GFVT                    ELECTRONICALLY FILED

UNITED STATES                                                                PLAINTIFF

VS.

KIMBERLY WELLS                                                         DEFENDANT

RESPONSE TO
MOTION TO CONTINUE TRIAL

**********

Comes now Defendant, by and through counsel, and hereby states that she has no objection to the Motion filed by Bobby Green to Continue the Trial in the above styled matter which is currently scheduled to begin March 5, 2018. Attached, is the Defendant's Speedy Trial Waiver.

**WHEREFORE**, Defendant Wells respectfully requests that this Court grant the motion filed by her Co-Defendant to Continue the Trial date.

Respectfully Submitted

OELTGEN & D'AMBRUOSO, PLLC
120 North Mill Street, Suite 300
Lexington, KY 40507
(859) 523-1606


BY:<u>RACHEL D. YAVELAK</u>

## **CERTIFICATE**

    I do hereby certify that I filed the foregoing motion with the Clerk of Court on the 19th day of February by using the CM/ECF system which will send electronic notice of same to the Hon. Sam Dotson and all other counsel of record.

Rachel D. Yavelak