Did Mr. Green plead guilty to possesion of the meth that was thrown out the window? That was recovered on or about February 20, 2017?

IT IS THE GOVERNMENT'S POSITION THAT MR. GREEN PLED GUILTY TO THE POSSESION, OF THE METHAMPHETAMINE WITH THE INTENT TO DISTRIBUTE THAT WAS THROWN OUT OF THE WINDOW ON OR ABOUT FEBRUARY 20, 2017. IT IS THE DEFENDANT'S POSITION THAT THAT WAS NOT THE METHAMPHETAMINE HE PLED GUILTY TO POSSESING WITH THE INTENT TO DISTRIBUTE ON OR ABOUT FEBRUARY 20, 2017

Gregory F. Van Tatenhove
U.S. District Judge
2:02 PM

Fortman 357

Eastern District of Kentucky
FILED
AUG 15 2018
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

Juror Note #1

We would like to see the last section of the dash cam video again.
Where he exits the car.

Eastern District of Kentucky
FILED
AUG 15 2018
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

Foreman 357

Juror Note #2