Eastern District of Kentucky
FILED
AUG 15 2018
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civil No. 6:17-cr-0026-GFVT-HAI |
| ) | |
| V. ) | |
| ) | **VERDICT FORM** |
| BOBBY GREEN, ) | |
| ) | |
| Defendant. ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

In order to find the Defendant Bobby Green guilty of Count 4 of the Indictment, you must find beyond a reasonable doubt that:

1. On or about February 20, 2017, in Laurel County, in the Eastern District of Kentucky, the Defendant committed the crime charged in Count 3 of the Indictment;

2. The Defendant knowingly possessed a firearm; and

3. The possession of the firearm was in furtherance of the crime charged in Count 3 of the Indictment.

Based on these elements, how do you find the Defendant Bobby Green?

**COUNT 4**:         GUILTY ✓         NOT GUILTY _____

In order to find the Defendant Bobby Green guilty of Count 5 of the Indictment, you must find beyond a reasonable doubt that:

1. On or about February 20, 2017, in Laurel County, in the Eastern District of Kentucky, the Defendant had been convicted of a crime punishable by imprisonment for more than one year;

2. Following his conviction, on or about February 20, 2017, the Defendant knowingly possessed a firearm; and

3. The specified firearm crossed a state line prior to the alleged possession.

Based on these elements, how do you find the Defendant Bobby Green?

**COUNT 5:**          GUILTY ✓          NOT GUILTY _____

8-15-18
DATE

_____
FOREPERSON

357